

Entered on Docket
August 28, 2009

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

THE LAW OFFICES OF RANDOLPH H. GOLDBERG
RANDOLPH H. GOLDBERG, ESQ.
4000 S. Eastern, Suite 200
Las Vegas, NV  89119
(702) 735-1500
Nevada State Bar No. 5970
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
* * * * * *

| | |
|---|---|
| In re:<br><br>WORKNESH GEDAMU<br><br><br>Debtors. | BANKRUPTCY NUMBER:<br>BK-S-09-19613-BAM<br>Chapter 13<br>RICK YARNALL<br><br>Date: 08/06/2009<br>Time: 3:30 PM |

### ORDER AVOIDING SECOND TRUST DEED

The Motion of Debtors, WORKNESH GEDAMU, to Value Collateral, "Strip Off" and Modify Rights of COUNTRYWIDE (CLAIM N/A) Pursuant to 11 U.S.C. 506(a) and 1322, as against Debtors' residential real property, coming on regularly for hearing on AUGUST 6, 2009, at 3:30 p.m., with RANDOLPH H. GOLDBERG LAW FIRM, appearing for debtors, and, pursuant to notice duly given, no opposition being filed by creditors, or by the Chapter 13 Trustee, and the Court having

heard the representation of counsel, and being otherwise informed, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the security interest of COUNTRYWIDE in the real property commonly known as 5998 DARKFEATHER WAY, LAS VEGAS, NEVADA, 89139, and legally described as follows:

BELCREST AT PINNACLE PEAKS-UNIT 3, PLAT BOOK 109 PAGE 48, LOT 209 BLOCK 3, is hereby avoided, set aside and that the claim of the aforesaid creditor in these bankruptcy proceedings shall be treated as unsecured.

**IT IS FURTHER ORDERED** that the certain Deed of Trust recorded in the Office of the Clark County Recorder on APRIL 8, 2004, as Document Number 20040408:00294 (SEE EXHIBIT A) is hereby removed and expunged from the County records and shall no longer constitute a lien or encumbrance upon the aforesaid real property.

**IT IS SO ORDERED.**

DATED this <u>6TH</u> day of AUGUST, 2009

//
//
//
//
//
//

THE LAW OFFICES OF

1  RANDOLPH H. GOLDBERG
2
3  By /S/ RANDOLPH GOLDBERG ESQ.
   RANDOLPH H. GOLDBERG, ESQ.
4  4000 S. Eastern
   Suite 200
5  Las Vegas, Nevada 89119
   Attorney for Debtor
6
7
8  APPROVED AS TO FORM AND CONTENT
9
   CHAPTER 13 TRUSTEE
10
11 _____
   RICK YARNALL, TRUSTEE
12 701 E BRIDGER Avenue, #820
   Las Vegas, NV  89101
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

**ALTERNATIVE METHOD re: RULE 9021:**

In accordance with Local Rule 9021, the undersigned certifies:

       \_\_\_\_\_ The court waived the requirements of LR 9021.

       __X__ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written Objection and each has:

              \_\_\_\_\_ approved the form of this order:
              __X__ waived the right to review the order and/or failed to file and serve papers in accordance with LR 9021©.

       \_\_\_\_\_ I have delivered a copy of this proposed order to all Attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to view the order, failed to file and serve papers in accordance with LR 9021© and the following have disapproved the form of the order:

       \_\_\_\_\_ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

I declare under penalty of perjury under the laws of The State of Nevada the foregoing is true and correct.

                           /s/Maile C. Hansen/s/
                           An Employee of
                           THE LAW OFFICE OF
                           RANDOLPH H. GOLDBERG


                                  ###